NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEITH M. ACKERSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7149

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3190, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Keith M. Ackerson's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

__JAN 2 5 2011__                    /s/ Jan Horbaly
Date                               Jan Horbaly
                                   Clerk

cc:  Kenneth M. Carpenter, Esq.
     Scott D. Austin, Esq.

s21

Issued As A Mandate:  __JAN 2 5 2011__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 5 2011

JAN HORBALY
CLERK